946 A.2d 92

**Wendell LONG, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 30, 2008.

## *ORDER*

PER CURIAM.

AND NOW, this 30th day of April, 2008, the order of the Commonwealth Court is **AFFIRMED.**